UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR85 HEA and |
| ) | No. 4:05CR78 HEA |
| ) | |
| BARRY BALL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that cases 4:05CR78 ERW and 4:05CR85 HEA are consolidated for purposes of taking the guilty plea and imposing a sentence. Defendant Barry Ball's charges in this matter are consolidated with Defendant's charges in 4:05CR78 ERW..

Dated this 15th day of November, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE